UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMABLE PAIDA,

                Plaintiff,

-v-

NDG COFFEE SHOP, INC., *d/b/a* BIG NICK'S PIZZA JOINT, *et al.*,

                Defendants.



No. 16-cv-4691 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On October 31, 2017, the Court held a fairness hearing on the proposed settlement in this case. (Doc. No. 41); *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). As set forth on the record at the fairness hearing, the Court found that the settlement was fair and reasonable, particularly in light of Plaintiff's range of possible recovery, the seriousness of the litigation risks faced by the parties, and the fact that the settlement was the product of arm's-length bargaining between experienced counsel without the possibility of fraud or collusion. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–37 (S.D.N.Y. 2012). In addition, the Court found that the attorney's fees and costs were fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the settlement is approved. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     November 2, 2017
             New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE